UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES
for proceedings held on September 30, 2024

Before Judge ARACELI MARTÍNEZ-OLGUÍN

[23-cr-00296-AMO-1](23-cr-00296-AMO-1) – UNITED STATES v. CHRISTOPHER GONZALEZ NUNEZ

Time in court: 20 minutes

| | |
|---|---|
| Attorney for United States: | Leif Dautch |
| Attorney for Defendant: | Lewis O. Romero |
| Courtroom Deputy Clerk: | Alexis Solorzano Rodriguez |
| Court Reporter: | Ruth Levine Ekhaus |

Defendant was present for hearing.
Defendant is in custody.

## PROCEEDINGS

Sentencing held on 9/30/2024.

The Defendant is committed to the Bureau of Prisons for a period of 24 months followed by 3 years of supervised release. Special assessment fee of $100 imposed. Fine waived. See Judgment for special conditions.